UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TWIN CITY FIRE INSURANCE CO.,

    Plaintiff,

    v.

PAINE & PARTNERS, el al.,

    Defendants.

_____/

No. C 13-2684 PJH

**ORDER DENYING MOTION TO SEAL**

Before the court is plaintiff Twin City Fire Insurance Company's administrative motion to file a non-redacted complaint under seal. Plaintiff's motion states only that, in defendants' view, "certain of the information contained in the complaint is confidential and should be protected from public view," because certain paragraphs "refer to a confidential settlement and two confidential arbitration demands." After reviewing the complaint, the court finds that only the actual amount of the settlement may be protected from public view. Accordingly, plaintiff's motion is DENIED, and plaintiff is directed to re-file the complaint with only the amount of the settlement redacted. No other redactions will be permitted.

**IT IS SO ORDERED.**

Dated: August 20, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge