| | |
|---|---|
| 1 | David Simantob, SBN 155790 |
| 2 | Elizabeth L. Musser, SBN 203512<br>TRESSLER LLP |
| 3 | 1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067 |
| 4 | Telephone: (310) 203-4800<br>Facsimile:  (310) 203-4850 |
| 5 | E-mail: dsimantob@tresslerllp.com<br>          emusser@tresslerllp.com |
| 6 | Attorneys for Plaintiff<br>TWIN CITY FIRE INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAINE & PARTNERS, LLC (fka FOX PAINE MANAGEMENT III, LLC); FOX PAINE & COMPANY, LLC; W. DEXTER PAINE III; BRIAN BLOCK; AMY GHISLETTA; ROBERT MEYER; KEVIN SCHWARTZ; TROY THACKER; ANGELOS DASSIOS; DARIUS BROOKS; CHRISTOPHER RUETTGERS; MITCHELL S. PRESSER,<br><br>Defendants. | CASE NO. 4:13-cv-02684-PJH<br><br>Honorable Phyllis J. Hamilton<br><br>**NOTICE OF VOLUNTARY DISMISSAL, AND REQUEST THAT SEPTEMBER 19, 2013 CASE MANAGEMENT CONFERENCE BE VACATED** |

1
**NOTICE OF VOLUNTARY DISMISSAL**

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Twin City Fire Insurance Company ("Twin City") voluntarily dismisses the above captioned action with prejudice.

Twin City requests that the case management conference set for September 19, 2013 be vacated in light of the dismissal.

Respectfully submitted,

Dated: September 17, 2013            TRESSLER LLP

                                    By:  /s/ Elizabeth L. Musser
                                        David Simantob
                                        Elizabeth L. Musser
                                        Attorneys for Plaintiff
                                        TWIN CITY FIRE INSURANCE COMPANY

LA #129383 (8877-80)